**Opinion issued July 9, 2019**



In The

# Court of Appeals

### For The

## First District of Texas

————————————

### NO. 01-19-00265-CV

————————————

### CERETA HARDY, Appellant

### V.

### LANARD LANE, Appellee

---

### On Appeal from the County Civil Court at Law No. 1
### Harris County, Texas
### Trial Court Cause No. 1129179

---

### MEMORANDUM OPINION

Appellant, Cereta Hardy, proceeding pro se, has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.851(b), 51.941(a), 101.041(1) (West 2013); Order, Fees Charged in the Supreme Court, in Civil Cases

in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Furthermore, appellant has failed to timely file her appellate brief. *See* TEX. R. APP. P. 38.6(a)(1), (d), 38.8(a)(1). After the Clerk of this Court's May 1, 2019 notice warned appellant that her appeal was subject to dismissal for want of prosecution if she failed to timely pay the filing fee, and the June 11, 2019 notice warned appellant that her appeal was subject to dismissal for want of prosecution if she failed to file her appellant's brief, appellant failed to timely respond to either notice. *See* TEX. R. APP. P. 5, 38.8(a)(1), 42.3(b).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely pay all required fees and to file an appellant's brief. *See* TEX. R. APP. P. 5, 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.